# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

134831 & (8)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 134831
COA: 279095
Wayne CC: 80-032542

PHILLIP ELLIOTT JONES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007

_____
Clerk

p1217